UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN NYGREN, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>APPLIED MICRO CIRCUITS CORPORATION, et al.,<br><br>    Defendants. | Case No. 16-cv-07400-VC<br><br>**ORDER APPROVING VOLUNTARY DISMISSAL**<br><br>Re: Dkt. Nos. 20, 21 |

In light of the parties' supplemental briefing, the stipulated dismissal – with prejudice as to Nygren, and without prejudice as to the other members of the putative class – is granted.

The parties have expressed their intention to abide by a stipulated but unordered deadline of April 14 for the plaintiff's motion for fees and expenses. *See* Dkt. No. 25. If the plaintiff wishes to request a brief extension, he will have until April 14 to do so.

**IT IS SO ORDERED.**

Dated: April 14, 2017

VINCE CHHABRIA
United States District Judge