UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN NYGREN, ET AL., <br><br>        Plaintiffs, <br><br>    v. <br><br>APPLIED MICRO CIRCUITS CORPORATION, et al., <br><br>        Defendants. | Case No. 16-cv-07400-VC <br><br>**ORDER GRANTING MOTION TO EXTEND FILING DEADLINE** <br><br>Re: Dkt. No. 35 |

    Nygren's motion is granted. Nygren's brief in support of the fee and expense petition will be due June 12, 2017. The defendants' response will be due July 3, 2017. Nygren's optional reply brief will be due July 10, 2017. A hearing will be held July 20, 2017. No further continuances will be granted.

    **IT IS SO ORDERED.**

Dated: May 16, 2017

VINCE CHHABRIA
United States District Judge